FILED
Jul 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ERIC GRANT
United States Attorney
ERIN CORNELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN BEALL,<br><br>Defendant. | CASE NO. 2:26-cr-00123 DAD<br><br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine;<br>21 U.S.C. § 853(a) – Criminal Forfeiture |

## I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin]

The Grand Jury charges: T H A T

JULIAN BEALL,

defendant herein, on or about June 10, 2026, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

//

//

//

//

COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Cocaine]

The Grand Jury further charges: T H A T

JULIAN BEALL,

defendant herein, on or about June 10, 2026, in the County of Sacramento, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant JULIAN BEALL shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such violations; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the violations, including but not limited to the following:

a. Approximately $133,420.00 in U.S. Currency.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

Eric Grant

ERIC GRANT
United States Attorney

No. 2:26-cr-00123 DAD

**UNITED STATES DISTRICT COURT**

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

JULIAN BEALL

I N D I C T M E N T

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute Heroin; 21 U.S.C. § 841(a)(1) – Possesson with Intent to Districute Cocaine; 21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,* /s/ Signature on file w/AUSA

*Foreman.*

*Filed in open court this* 16th *day*

*of* July *, A.D. 20* 26

/s/ J. Murphy

*Clerk.*

*Bail, $* **No Process Necessary**

GPO 863 525

**United States v. JULIAN BEALL**
**Penalties for Indictment**

**COUNT 1:** 2:26-cr-00123 DAD

VIOLATION: 21 U.S.C. § 841(a)(1) – Possession with intent to distribute at least 1 kilogram of a mixture or substance containing a detectable amount of heroin

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION: 21 U.S.C. § 841(a)(1) – Possession with intent to distribute at least 5 kilograms of a mixture or substance containing a detectable amount of cocaine

PENALTIES: Mandatory minimum of 10 years in prison and up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES: As stated in the charging document