ERIC GRANT
United States Attorney
ERIN CORNELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIAN BEALL,<br><br>Defendant. | CASE NO. 2:26-CR-00123 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 31, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 31, 2026.

2. By this stipulation, defendant now moves to continue the status conference until October 19, 2026, and to exclude time between August 31, 2026, and October 19, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, lab reports, search warrant documents, photographs, and body worn camera videos. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review discovery, conduct

investigation, consult with his client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2026 to October 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. The government states that as of July 21, 2026, all discovery has been produced to defendant's counsel. On July 23, 2026, the government provided a plea offer to defendant's counsel. This plea offer will expire on October 19, 2026, the date of the requested status conference. At the October 19, 2026 status conference, the government will also be asking for a trial date.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 27, 2026

ERIC GRANT
United States Attorney

/s/ *Erin Cornell*
Erin Cornell
Assistant United States Attorney

Dated: August 27, 2026

/s/ *Mark Reichel*
Mark Reichel
Counsel for Defendant
Julian Beall

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled in this case for until August 31, 2026 is continued to October 19, 2026, at 9:30 a.m. and time is excluded between August 31, 2026, and October 19, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated: **August 27, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE